# Exhibit A

EFiled: Apr 17 2025 11:05AM EDT
Transaction ID 76067846
Case No. N25C-04-162 EMD

**IN THE SUPERIOR COURT OF THE STATE OF DELAWARE**

| | |
|---|---|
| ESTATE OF JOSEPH ROBINSON, III,<br>JOSEPH ROBINSON, Jr., individually<br>and As Executor of the Estate of Joseph<br>Robinson, III<br>ELIZABETH DOYLE, As Next of<br>Friend and Guardian of K.R. and K.R.<br>Minors<br><br>Plaintiffs,<br><br>v.<br><br>TYNIK HAWKINS,<br>JAMAL FIELDS,<br>ERIC McCAULEY, and<br>VITALCORE HEALTH<br>STRATEGIES, LLC<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   C.A. No.:<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS

**THE STATE OF DELAWARE**
**TO THE NEW CASTLE COUNTY SHERIFF,**
**YOU ARE COMMANDED:**

To summon the above named defendant, so that, within 20 days after service hereof upon defendant, exclusive of the day of service, defendant shall serve upon JOSEPH D. STANLEY, ESQ. and ANDREA M. BRZOSKA, ESQ. plaintiffs' attorneys, whose address is 1140 South State Street, P.O. Box 541, Dover, DE 19901, an Answer to the Complaint (and, if an affidavit of demand has been filed, an affidavit of defense).

To serve upon defendant a copy hereof and of the Complaint (and of the affidavit of demand if any has been filed by plaintiff).

Dated: 5-21-25

_Colleen Redman_
Prothonotary

_Cynthia Colema_
Per Deputy

**TO THE ABOVE NAMED DEFENDANT:**

In case of your failure, within 20 days after service hereof upon you, exclusive of the day of service, to serve on plaintiff's attorney named above an Answer to the Complaint (and, if an affidavit of demand has been filed, an affidavit of defense), judgment by default will be rendered against you for the relief demanded in the complaint (or in the affidavit of demand, if any).

_Colleen Redman_
Prothonotary

_Cynthia Colema_
Per Deputy

EFiled: Apr 17 2025 11:05AM EDT
Transaction ID 76067846
Case No. N25C-04-162 EMD

**SUPERIOR COURT**
**CIVIL CASE INFORMATION STATEMENT (CIS)**

COUNTY: NEW CASTLE                              CIVIL ACTION NUMBER:

| CAPTION: | Civil Case Code: <u>CPIN</u> |
|---|---|
| Estate of Joseph Robinson, III,<br>Joseph Robinson, Jr., Individually and as<br>Executor of the Estate of Joseph<br>Robinson, III, Elizabeth Doyle, As Next of<br>Friend and Guardian of K.R. and K.R.,<br>Minors | Civil Case Type: <u>Personal Injury</u><br><br>MANDATORY NON-BINDING ARBITRATION<br>(MNA) <u>NO</u> (Yes or No) |
| Plaintiffs,<br><br>v.<br><br>TYNIK HAWKINS, JAMAL FIELDS, ERIC<br>McCAULEY, and VITALCORE HEALTH<br>STRATEGIES, LLC | NAME AND STATUS OF PARTY FILING<br>COMPLAINT:<br><br>Estate of Joseph Robinson, III,<br>Joseph Robinson, Jr., Individually and as Executor of<br>the Estate of Joseph<br>Robinson, III, Elizabeth Doyle, As Next of Friend and<br>Guardian of K.R. and K.R., Minors |
| Defendants. | Plaintiffs, |
| ATTORNEY NAME(S):<br>JOSEPH D. STANLEY<br>ANDREA M. BRZOSKA | DOCUMENT TYPE:<br>Complaint |
| FIRM NAME:<br>Schwartz & Schwartz,<br>Attorneys at Law, P.A. | JURY DEMAND: <u>X</u> YES<br><br>IDENTIFY ANY RELATED CASES NOW PENDING<br>IN THE SUPERIOR COURT BY CAPTION AND<br>CIVIL ACTION NUMBER INCLUDING JUDGE'S<br>INITIALS:<br>None. |
| ADDRESS:<br>1140 South State Street<br>P.O. Box 541<br>Dover, DE 19903 | EXPLAIN THE RELATIONSHIP(S):<br>N/A |
| TELEPHONE NUMBER:<br>(302) 678-8700 | OTHER UNUSUAL ISSUES THAT AFFECT CASE<br>MANAGEMENT:<br>None. |
| FAX NUMBER:<br>(302) 678-8702 | (IF ADDITIONAL SPACE IS NEEDED, PLEASE<br>ATTACH PAGES) |
| E-MAIL ADDRESS:<br>Joe.stanley@schwartzandschwartz.com<br>andy.brzoska@schwartzandschwartz.com | |



EFiled: Apr 17 2025 11:05AM EDT
Transaction ID 76067846
Case No. N25C-04-162 EMD

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

| | |
|---|---|
| ESTATE OF JOSEPH ROBINSON, III, ) | |
| JOSEPH ROBINSON, Jr., individually ) | |
| and As Executor of the Estate of Joseph ) | |
| Robinson, III, ) | |
| ELIZABETH DOYLE, As Next of ) | |
| Friend and Guardian of K.R. and K.R. ) | |
| Minors, and BRENDA ROBINSON ) | |
| ) | |
| Plaintiffs, ) | |
| ) | C.A. No.: |
| v. ) | |
| ) | |
| TYNIK HAWKINS, ) | |
| JAMAL FIELDS, ) | |
| ERIC McCAULEY, and ) | |
| VITALCORE HEALTH ) | |
| STRATEGIES, LLC ) | |
| ) | |
| Defendants. ) | |

## COMPLAINT

**NOW COMES**, the Plaintiffs, Estate of Joseph Robinson, III, Joseph

Robinson, Jr., individually and As Executor of the Estate of Joseph Robinson, III,

Elizabeth Doyle, As Next of Friend and Guardian of K.R. and K.R., and Brenda

Robinson by and through their legal counsel, Schwartz and Schwartz, Attorneys at

Law, P.A., and hereby states their complaint as follows:

## PARTIES

1.    Plaintiff Joseph Robinson, III, (hereinafter the "Deceased") is a deceased person whose interests are being represented by his estate and the Executor of his estate, Joseph Robinson, Jr..

2.    Plaintiff Joseph Robinson, Jr., is the Executor of the Deceased's estate and is the father of the Deceased (hereinafter "Plaintiff Robinson").

3.    Plaintiff Elizabeth Doyle is an adult individual and is the Next Friend and Guardian of the minor, K.R., the oldest child of the Deceased.

4.    Plaintiff Elizabeth Doyle is an adult individual and is the Next Friend and Guardian of the minor, K.R., the youngest child of the Deceased.

5.    Plaintiffs K.R. and K.R. by reason of their ages, are minors and considered "disabled" as that term is defined under 18 *Del. C.* § 3901(a)(1). The minors resides with Plaintiff Elizabeth Doyle in New Jersey.

6.    Plaintiff K.R. was born October 13, 2017, and at the time of the incident giving rise to this matter was 5 years of age.

7.    Plaintiff K.R. was born August 10, 2022, and at the time of the incident giving rise to this matter was 1 year of age.

8.    Plaintiff Brenda Robinson is the mother of the Deceased.

9.      Defendant Tynik Hawkins (hereinafter "Defendant Hawkins") at all times material hereto was acting under color of law as an agent or employee of the James T. Vaughn Correctional Center located at 1181 Paddock Rd., Smyrna, DE 19977.

10.     Defendant Jamal Fields (hereinafter "Defendant Fields") at all times material hereto was acting under color of law as an agent or employee of the James T. Vaughn Correctional Center located at 1181 Paddock Rd., Smyrna, DE 19977.

11.     Defendant Eric McCauley (hereinafter "Defendant McCauley") at all times material hereto was acting under color of law as an agent or employee of the James T. Vaughn Correctional Center located at 1181 Paddock Rd., Smyrna, DE 19977.

12.     Defendant VitalCore Health Strategies, LLC (hereinafter "Defendant VitalCore") at all times material hereto was a Kansas limited liability company who's local agent for service of process is the Corporation Service Company located at 251 Little Falls Drive, Wilmington, DE 19808.

## FACTUAL BACKGROUND

13.     At all times relevant to this matter, the Deceased was an inmate at the James T. Vaughn Correctional facility located at 1181 Paddock Rd, Smyrna, New Castle County, Delaware (the "Premises").

14.     This action arises out of a successful suicide attempt on the Premises on August 10, 2023.

15.    The Deceased had been suffering from drug addiction, when on August 1, 2023, the Deceased became incarcerated due to drug possession charges and soon after arrived at the Premises.

16.    Upon information and belief, the medical treatment at the Premises is administered by Defendant VitalCore.

17.    On August 10, 2023, the Deceased assembled a noose out of a bedsheet, hung the noose from a vent in his cell, then hung himself from the noose, committing suicide.

18.    At 1:33 p.m., the Defendants Fields and Hawkins were conducting area checks and discovered the Deceased's unconscious body suspended from the ceiling.

19.    The Defendants attempted chest compressions but were unsuccessful in reviving the Deceased.

20.    The Deceased is survived by his father Plaintiff Joseph Robinson, Jr., his children K.R. and K.R., and his mother Plaintiff Brenda Robinson.

**COUNT I—CRUEL AND UNUSUAL PUNISHMENT THROUGH LACK OF PHYSICAL SECURITY AND INADEQUATE MEDICAL TREATMENT**

21.    Plaintiffs incorporate by reference the allegations contained in the aforesaid paragraphs as if same were set forth fully at-length herein.

22. The Eighth Amendment of the United States Constitution prohibits cruel and unusual punishment for incarcerated persons.

23. The Delaware Constitution codifies this right in Section 11.

24. The Premises, by and through its' agents the Defendants, have inadequate policies on intake, mental health treatment and diagnosis, and addiction treatment.

25. 42 U.S.C. § 1983 applies to Correctional officers when the prisoner's confinement fails to meet constitutional standards including a lack of physical security and inadequate medical treatment.

26. The Premises Inmate Housing Rules and Reference Guide lists its treatment programs in Section M.3, Treatment Programs, which does not include any services for drug addiction nor for mental health treatment.

27. These inadequate and nonexistent policies created a substantial risk of suicide.

28. Given the well-publicized past instances of suicide at the Premises in recent years, the supervisors of the Premises knew or should have known of this risk and have displayed an indifference to this risk.

29. The lack of reform of these policies created the circumstances by which allowed this suicide to take place.

30. Upon information and belief, the Premises did not develop a Suicide Prevention Plan as recommended by the U.S. Marshals Office nor is the Premises

employing the Jail Suicide Assessment Tool as recommended by the Federal Bureau of Prisons.

31.     Had the Premises been employing these systems, the chances of the Deceased committing suicide would obviously been decreased significantly.

## COUNT II—MEDICAL MALPRACTICE/NEGLIGENCE

32.     Plaintiffs incorporate by reference the allegations contained in the aforesaid paragraphs as if same were set forth fully at-length herein.

33.     Defendant VitalCore, upon information and belief, provided medical services on the Premises at the time of the incident.

34.     Defendant VitalCore was responsible for the treatment and care of the Deceased.

35.     Defendant VitalCore had a duty to the Deceased to provide medical care up to the standard of similar physicians in the State.

36.     Defendant VitalCore failed to meet this duty by failing to assess suicide risk; failing to provide appropriate care; ignoring repeated requests for mental health treatment; lack of implementable protocols for identifying and preventing suicide; and other acts as discovery shall unveil.

37.     This breach was the cause of the Deceased's suicide.

38.     The Plaintiffs are now suffering harm as a result of this breach.

## COUNT III—WRONGFUL DEATH UNDER 10 DEL. C. § 3724

39.    Plaintiffs incorporate by reference the allegations contained in the aforesaid paragraphs as if same were set forth fully at-length herein.

40.    Defendants owed a duty of care to the Deceased under the Eighth Amendment to keep safe from harm and meet their needs including medical needs.

41.    Defendants breached that duty by not providing mental health treatment.

42.    Defendants also breached that duty by not monitoring the Deceased's activity in his cell.

43.    As a result of Defendants negligent acts, the Deceased was able to take the time to make a noose and hang himself causing his survivors great mental anguish and loss of companionship.

44.    The Deceased's survivors, Plaintiffs K.R., K.R., Robinson, and Plaintiff Brenda Robinson now seek recovery under 10 Del. C. § 3724.

## COUNT IV—SURVIVAL ACTION UNDER 10 DEL. C. § § 3701 & 3704

45.    Plaintiffs re-allege and incorporate the allegations in paragraphs 1-34 as if set forth herein.

46.    As the Personal Representative of the Deceased's Estate, Plaintiff Joseph Robinson, Jr., is authorized to pursue this action for the injuries the Deceased suffered during his lifetime, and to pursue all such claims on his behalf, pursuant to 10 Del. C. §§ 3701 and 3704.

47.    The Defendants in their capacity as agents of the Premises, were negligent and breached the standard of care and the Deceased's constitutional rights and are directly liable for their actions.

48.    As a proximate result of the Defendants' actions, the Deceased, among other things:

a) suffered severe physical injuries, and physical pain and suffering;

b) suffered severe mental pain, suffering and anguish;

c) died on August 10, 2023, and

d) incurred special damages for medical treatment.

**WHEREFORE,** Plaintiffs pray that the Court:

(a) Enter judgement in favor of the Plaintiffs against the Defendants, jointly and severally;

(b) Enter judgement in favor of the Plaintiffs against the Defendants, jointly and severally, for damages compensatory damages generally, special damages, and punitive damages;

(c) Enter a judgement against the Defendants, jointly and severally, for costs and pre and post judgment interest and attorney's fees;

(d) An award of past, present, and future medical expenses;

(e) Require such other and further relief as the Court deems just and proper under the circumstances.

**SCHWARTZ & SCHWARTZ**
/s/ *Joseph D. Stanley*
**JOSEPH D. STANLEY**
Delaware Bar ID # 6329
1140 South State Street
Dover, DE  19901
joe.stanley@schwartzandschwartz.com

**SCHWARTZ & SCHWARTZ**
/s/ *Andrea M. Brzoska*
**ANDREA M. BRZOSKA**
Delaware Bar ID # 7376
1140 South State Street
Dover, DE  19901
andy.brzoska@schwartzandschwartz.com

**Dated**: April 15, 2025



EFiled: Apr 17 2025 11:05AM
Transaction ID 76067846
Case No. N25C-04-162 EMD

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

| | |
|---|---|
| ESTATE OF JOSEPH ROBINSON, III, ) <br> JOSEPH ROBINSON, Jr., individually ) <br> and As Executor of the Estate of Joseph ) <br> Robinson, III ) <br> ELIZABETH DOYLE, As Next of ) <br> Friend and Guardian of K.R. and K.R. ) <br> Minors ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> TYNIK HAWKINS, ) <br> JAMAL FIELDS, ) <br> ERIC McCAULEY, and ) <br> VITALCORE HEALTH ) <br> STRATEGIES, LLC ) <br> ) <br> Defendants. ) | C.A. No.: |

### PLAINTIFFS' ANSWERS TO FORM 30 INTERROGATORIES

1. Give the name and present or last known residential and employment address and telephone number of each eyewitness to the incident which is the subject of the litigation.

**ANSWER:** To the best Plaintiffs' knowledge, the Defendants.

2. Give the name and present or last known residential and employment address and telephone number of each person who has facts of the litigation.

**ANSWER**: The parties, attorneys of record, and other inmates at the Premises as well as other persons employed at the Premises, may have knowledge of the facts of this litigation.

3. Give the names of all persons who have been interviewed in connection with the above litigation including the names and present or last known residential and employment address and telephone numbers of the persons who made said

interviews and the names and present or last known residential and employment address and telephone numbers of the persons who have the original and copies of the interview.

**ANSWER**: None at this time.

4.  Identify all photographs, diagrams or other representations made in connection with the matter in litigation, giving the name and present or last known residential and employment address and telephone numbers of the person having the original and copies thereof. (In lieu thereof, a copy can be attached).

**ANSWER**: Plaintiff is not in possession of any photographs or other images.

5.  Give the name, professional address and telephone number of all expert witnesses presently retained by the party together with the dates of any written opinions prepared by said expert. If an expert is not presently retained, describe the type of expert whom the party expects to retain in connection with the litigation.

**ANSWER**: None at this time. Plaintiff's Counsel will update this interrogatory when an expert has been retained.

6.  Give a brief description of any insurance policy including excess coverage that is or may be applicable to the litigation, including: a. the name and address of all companies insuring the risk, b. the policy numbers, c. the types of insurance, d. the amounts of primary, secondary and excess coverage.

**ANSWER**:  None available and/or Not applicable

7.  Give the name, professional address and telephone number of all physicians, chiropractors, psychologists, and physical therapists who have examined or treated you at any time during the ten-year period immediately prior to the date of the incident at issue in this litigation.

**ANSWER**: This information will be provided upon defense counsel's entry of appearance.

*[Signature on next page]*

**SCHWARTZ & SCHWARTZ**          **SCHWARTZ & SCHWARTZ**
*/s/ Joseph D. Stanley*          */s/ Andrea M. Brzoska*
**JOSEPH D. STANLEY**           **ANDREA M. BRZOSKA**
Delaware Bar ID # 6329          Delaware Bar ID # 7376
1140 South State Street         1140 South State Street
Dover, DE 19901                 Dover, DE 19901
joe.stanley@schwartzandschwartz.com    andy.brzoska@schwartzandschwartz.com

**Dated**: April 15, 2025

3



EFiled: Apr 17 2025 11:05AM EDT
Transaction ID 76067846
Case No. N25C-04-162 EMD

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

ESTATE OF JOSEPH ROBINSON, III,   )
JOSEPH ROBINSON, Jr., individually   )
and As Executor of the Estate of Joseph   )
Robinson, III,   )
ELIZABETH DOYLE, As Next of   )
Friend and Guardian of K.R. and K.R.   )
Minors, and BRENDA ROBINSON   )
　　　　　　　　　　　　　　　　　)
　　　　　Plaintiffs,   )
　　　　　　　　　　　　　　　　　)　　C.A. No.:
　　v.   )
　　　　　　　　　　　　　　　　　)
TYNIK HAWKINS,   )
JAMAL FIELDS,   )
ERIC McCAULEY, and   )
VITALCORE HEALTH   )
STRATEGIES, LLC   )
　　　　　　　　　　　　　　　　　)
　　　　　Defendants.   )

## PETITION FOR APPOINTMENT OF GUARDIAN AND NEXT OF FRIEND

**NOW COMES** Elizabeth Doyle, as Next Friend and Guardian of her children, K.R. and K.R., and moves this Honorable Court to enter a formal Order appointing her as Guardian Ad Litem for those minors in the above-captioned action. In support of this Petition, counsel states as follows:

1.    Petitioner Elizabeth Doyle is the natural mother of said minor K.R., born October 13, 2017 and K.R. born August 10, 2022.

2.    In a series of events taking place in August of 2023, the minor children's father passed away, giving rise to a wrongful death, which is the subject of the

above captioned case.

3.    For purposes of protecting the interests of K.R. and K.R. this action should be prosecuted on their behalf by their mother, Elizabeth Doyle.

4.    Petitioner Elizabeth Doyle is willing and able to serve in a representative capacity for the minor plaintiffs and is, in the opinion of undersigned counsel, fit to so serve.

5.    No other persons have expressed an interest in serving as guardian ad litem or next friend of said minor plaintiffs.

WHEREFORE, Petitioner respectfully requests that this Court enter the attached Order appointing them Next of Friend and Guardian of K.R. and K.R., for purposes of prosecuting the above-captioned matter.

SCHWARTZ & SCHWARTZ                SCHWARTZ & SCHWARTZ
/s/ Joseph D. Stanley_____       /s/ Andrea M. Brzoska_____
JOSEPH D. STANLEY                  ANDREA M. BRZOSKA
Delaware Bar ID # 6329             Delaware Bar ID # 7376
1140 South State Street            1140 South State Street
Dover, DE 19901                    Dover, DE 19901
joe.stanley@schwartzandschwartz.com   andy.brzoska@schwartzandschwartz.com

Dated: April 15, 2025

EFiled: Apr 17 2025 11:05AM EDT
Transaction ID 76067846
Case No. N25C-04-162 EMD

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

ESTATE OF JOSEPH ROBINSON, III, )
JOSEPH ROBINSON, Jr., individually )
and As Executor of the Estate of Joseph )
Robinson, III )
ELIZABETH DOYLE, As Next of )
Friend and Guardian of K.R. and K.R. )
Minors )
                        )
        Plaintiffs, )
                        )    C.A. No.:
    v. )
                        )
TYNIK HAWKINS, )
JAMAL FIELDS, )
ERIC McCAULEY, and )
VITALCORE HEALTH )
STRATEGIES, LLC )
                        )
        Defendants. )

### PROPOSED ORDER FOR NEXT FRIEND

Having considered the Petition of Elizabeth Doyle seeking their appointment as Next Friend and Guardian of the minor Plaintiffs, and there being sufficient grounds for the Petition, IT IS HEREBY ORDERED Elizabeth Doyle is appointed Next Friend of K.R. and K.R. for the purpose of prosecuting this action against the Defendants.

ORDERED this 20 day of _May_, 2025.

_____
Judge



EFiled: Apr 17 2025 11:05AM DT
Transaction ID 76067846
Case No. N25C-04-162 EMD

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

ESTATE OF JOSEPH ROBINSON, III, )
JOSEPH ROBINSON, Jr., individually )
and As Executor of the Estate of Joseph )
Robinson, III, )
ELIZABETH DOYLE, As Next of )
Friend and Guardian of K.R. and K.R. )
Minors )
                                        )
         Plaintiffs, )
                                        )   C.A. No.:
    v. )
                                        )
TYNIK HAWKINS, JAMAL FIELDS, )
ERIC McCAULEY, and )
VITALCORE HEALTH )
STRATEGIES, LLC )
                                        )
         Defendants. )

## RULE 3 STATEMENT

UNDERSIGNED COUNSEL hereby deposes and certifies as follows:

Photocopies of documentary evidence relating to special damages, if any, will be provided to counsel once an appearance is entered.

SCHWARTZ & SCHWARTZ

/s/ Joseph D. Stanley

**JOSEPH D. STANLEY**
Delaware Bar ID # 6329
1140 South State Street
Dover, DE 19901
joe.stanley@schwartzandschwartz.com
*Lead Counsel for Plaintiff*

SCHWARTZ & SCHWARTZ

/s/ Andrea M. Brzoska

**ANDREA M. BRZOSKA**
Delaware Bar ID # 7376
1140 South State Street
Dover, DE 19901
andy.brzoska@schwartzandschwartz.com
*Co-Counsel for Plaintiff*

**Dated:** April 15, 2025

EFiled:  May 29 2025 01:21PM EDT
Transaction ID 76360180
Case No. N25C-04-162 EMD



**Sheriff's Office**
800 N. French Street, 5th Floor
Wilmington, Delaware 19801
302-395-8450, Fax: 302-395-8460

State of Delaware
New Castle County
**Scott T. Phillips**
Sheriff

5/29/2025

**Court Case #  N25C-04-162 EMD**
Sheriff #:  25-004495

**Summons and Complaint**

ESTATE OF JOSEPH ROBINSON, III, JOSEPH ROBINSON, JR, INDIVIDUALLY AND AS
EXECUTOR OF THE ESTATE OF JOSEPH ROBINSON, III, ET AL
vs.
TYNIK HAWKINS, JAMAL FIELDS, ERIC MCCAULEY, AND VITALCORE HEALTH
STRATEGIES, LLC

Deputy Arthur Stone served a copy of the within writ and Summons and Complaint upon TYNIK
HAWKINS, by leaving said copies with ANDREW, LEGAL REP , at 1181 PADDOCK ROAD
SMYRNA, DE 19977 on 5/29/2025 at 9:03 AM.

Fees Paid:  $100.00

Per:  Deputy Sheriff, Arthur Stone

SO ANS;

*Scott T Phillips*

SHERIFF

PER:    Janice Frisby-Dowe

EFiled:  May 29 2025 01:21PM EDT
Transaction ID 76360193
Case No. N25C-04-162 EMD





**Sheriff's Office**
800 N. French Street, 5th Floor
Wilmington, Delaware 19801
302-395-8450, Fax: 302-395-8460

State of Delaware
New Castle County
**Scott T. Phillips**
Sheriff

5/29/2025

**Court Case #  N25C-04-162 EMD**
Sheriff #:  25-004495

**Summons and Complaint**

ESTATE OF JOSEPH ROBINSON, III, JOSEPH ROBINSON, JR, INDIVIDUALLY AND AS
EXECUTOR OF THE ESTATE OF JOSEPH ROBINSON, III, ET AL
vs.
TYNIK HAWKINS, JAMAL FIELDS, ERIC MCCAULEY, AND VITALCORE HEALTH
STRATEGIES, LLC

Deputy Arthur Stone served a copy of the within writ and Summons and Complaint upon ERIC
MCCAULEY, by leaving said copies with ANDREW, LEGAL REP , at 1181 PADDOCK ROAD
SMYRNA, DE 19977 on 5/29/2025 at 9:04 AM.

Fees Paid:  $100.00

Per:  Deputy Sheriff, Arthur Stone

SO ANS;

*Scott T Phillips*
SHERIFF

PER:    Janice Frisby-Dowe

EFiled: May 29 2025 01:21PM EDT
Transaction ID 76360182
Case No. N25C-04-162 EMD



**Sheriff's Office**
800 N. French Street, 5th Floor
Wilmington, Delaware 19801
302-395-8450, Fax: 302-395-8460

State of Delaware
New Castle County
**Scott T. Phillips**
Sheriff

5/29/2025

**Court Case # N25C-04-162 EMD**
Sheriff #:  25-004495

**Summons and Complaint**

ESTATE OF JOSEPH ROBINSON, III, JOSEPH ROBINSON, JR, INDIVIDUALLY AND AS
EXECUTOR OF THE ESTATE OF JOSEPH ROBINSON, III, ET AL
vs.
TYNIK HAWKINS, JAMAL FIELDS, ERIC MCCAULEY, AND VITALCORE HEALTH
STRATEGIES, LLC

Deputy Arthur Stone served a copy of the within writ and Summons and Complaint upon JAMAL
FIELDS, by leaving said copies with ANDREW, LEGAL REP , at 1181 PADDOCK ROAD
SMYRNA, DE 19977 on 5/29/2025 at 9:03 AM.

Fees Paid:  $100.00

Per:  Deputy Sheriff, Arthur Stone

SO ANS;

*Scott M Phillips*

SHERIFF

PER:    Janice Frisby-Dowe